UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-20478-CIV-MARTINEZ-BANDSTRA

OMAR HOGBEN,

    Plaintiff,

vs.

TRAVELOCITY.COM, INC.,

    Defendant.
_____/

## ORDER REQUIRING RESPONSE TO DEFENDANT'S SECOND MOTION FOR SANCTIONS AND OTHER RELIEF BASED UPON PLAINTIFF'S FILING OF CONFIDENTIAL DISCOVERY DOCUMENTS

THIS CAUSE came before the Court upon Defendant's Second Motion for Sanctions and Other Relief Based Upon Plaintiff's Filing of Confidential Discovery Documents in Violation of Protective Order **(D.E. No. 88)**, filed on **October 31, 2006**. It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff shall file a response to Defendant's Second Motion for Sanctions and Other Relief Based Upon Plaintiff's Filing of Confidential Discovery Documents in Violation of Protective Order **(D.E. No. 88)** on or before **Monday, November 6, 2006 at 4:30 p.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of November, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record