UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-20478-CIV-MARTINEZ-BANDSTRA**

OMAR HOGBEN,

　　　　Plaintiff,

vs.

TRAVELOCITY.COM, INC.,

　　　　Defendant.

_____/

**ORDER REQUIRING PLAINTIFF TO FILE REDACTED EXHIBITS AND
REQUIRING CLERK TO REMOVE CONFIDENTIAL
DOCUMENTS FROM COURT FILE**

THIS CAUSE came before upon a *sua sponte* review of the record.   It is hereby:

**ORDERED AND ADJUDGED** that

1.  Plaintiff shall file a duplicate version of his Exhibits to Plaintiff's Statement of

Undisputed Material Facts in Support of Plaintiff's Response to Defendant Travelocity.com, LP's

Motion for Final Summary Judgment **(currently docketed as D.E. No. 86-2)** by **Wednesday,**

**November 22, 2006 at 3:30 p.m.** that redacts Exhibits 13, 14, 15.  Plaintiff is strongly cautioned

that the duplicate version must be identical in all other respects.

3.  The Clerk is **DIRECTED** to substitute the duplicate version of the document,

described above in paragraph one of this order, for the documents which are currently docketed

as **(D.E. No. 86-2)**.

3.  This Court will address Defendant's Motion for Sanctions (D.E. No. 88) in a separate

order.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November,
2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

-2-