UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-20478-CIV-MARTINEZ-BANDSTRA

OMAR HOGBEN,

    Plaintiff,

vs.

TRAVELOCITY.COM, INC.,

    Defendant.
_____/

### ORDER RESETTING CALENDAR CALL AND TRIAL DATE

THIS CAUSE comes before the Court upon a *sua sponte* review of the record and the pending motion for summary judgment (D.E. No. 70).  This Court finds that it requires more time to fully consider the parties' arguments relating to summary judgment.  It is hereby:

**ORDERED AND ADJUDGED** that

    1.    The previous calendar call and trial dates are hereby **CANCELLED.**

    2.    Trial is rescheduled to commence during the two-week period of **Monday, January 22, 2007** with calendar call commencing on **Thursday, January 18, 2007 at 1:30 p.m.**

    3.    All remaining pretrial deadlines set forth in Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Pretrial Order") (D.E. No. 23), signed on April 13, 2006, shall be recalculated from this new trial date.  The Court's Pretrial Order shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2006.

                                                               _____
                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record