UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-20478-CIV-MARTINEZ-BANDSTRA

OMAR HOGBEN,

    Plaintiff,

vs.

TRAVELOCITY.COM, INC.,

    Defendant.
_____/

**ORDER VACATING ORDER RESETTING CALENDAR CALL AND TRIAL DATE**

THIS CAUSE comes before the Court upon a *sua sponte* review of the record.  It is hereby:

**ORDERED AND ADJUDGED** that

1.  This Court's Order Resetting Trial Date and Calendar Call (D.E. No. 98) is **VACATED**.

2.  This Court's Omnibus Order Resetting Trial Date and Calendar Call (D.E. No. 79), issued on September 14, 2006, shall govern.  Consistent with that order, trial is scheduled to commence during the two-week period of Monday, April 30, 2007 with calendar call commencing on Thursday, April 26, 2007 at 1:30 p.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2006.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record